# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| SUN LIFE ASSURANCE COMPANY OF CANADA, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil No. 3:15-cv-0543 Judge Trauger |
| DEBORA SCHINDELDECKER, ET AL., | ) ) | |
| Defendants | ) | |

## ORDER

On January 26, 2016, the magistrate judge issued a Report and Recommendation (Docket No. 41), to which no timely objections have been filed. The Report and Recommendation is therefore ACCEPTED and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, the following are hereby ORDERED:

1. The plaintiff Sun Life shall pay to the Estate of James Schindeldecker the life insurance proceeds of $45,000.00 for group term life insurance policy #219985-001, issued on the life of James Schindeldecker;

2. The pending Motion (Docket No. 22) filed by plaintiff Sun Life is GRANTED to the extent that (i) Sun Life, on payment of the life insurance proceeds to the Estate of James Schindeldecker, shall be released and discharged from any and all liability related to the life insurance proceeds and (ii) all partes are hereby ENJOINED from initiating an action against Sun Life regarding the life insurance proceeds;

3. The pending Motion (Docket No. 22) is DENIED to the extent that Sun Life requests an award of attorneys' fees and costs;

4. This action is DISMISSED as to all parties.

This Order constitutes the judgment in this case.

It is so **ORDERED**.

ENTER this 19th day of February 2016.

                                                            _____
                                                            ALETA A. TRAUGER
                                                            U.S. District Judge